IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN DOMINGO RAMOS,

    Petitioner,

v.                                                        No. 12-cv-1068 JH/SMV

JOE CHAVEZ, Warden,
Valencia County Detention Center,

    Respondent.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 14] ("PF&RD"), issued on June 4, 2013.  No objections have been field, and the time for objecting has passed.

    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the PF&RD [Doc. 14] is **ADOPTED**.

    **IT IS FURTHER ORDERED** that the Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus [Doc. 2] is **DENIED**, and this action is **DISMISSED without prejudice**. Petitioner is advised that if he is convicted and his conviction and sentence are ultimately upheld in state court, and he believes his federal constitutional rights were violated, he may pursue his claims in this Court by filing an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 after he exhausts state remedies.

    **IT IS SO ORDERED.**

                                                                                     _____
                                                                                    **JUDITH C. HERRERA**
                                                                                    **United States District Judge**